Catherine BURKE and Mikael Rolfhamre, Plaintiffs, Appellants,

v.

The BROOKLINE SCHOOL DISTRICT, Defendant, Appellee.

No. 07–1645.

United States Court of Appeals, First Circuit.

Dec. 13, 2007.

Jamie N. Hage, Brian M. Childs, and Nixon Peabody LLP, on brief for appellants.

Dean B. Eggert, Alison M. Bethel, and Wadleigh, Starr & Peters, P.L.L.C., on brief for appellee.

Before TORRUELLA, Circuit Judge, STAHL, Senior Circuit Judge, and LYNCH, Circuit Judge.

PER CURIAM.

This case is summarily affirmed under *Diaz–Fonseca v. Puerto Rico,* 451 F.3d 13 (1st Cir.2006).

*Affirmed.*